# United States District Court
# Central District of California

| | |
|---|---|
| GLENN KENNEDY, individually and on behalf of all others similarly situated,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>WRITER'S BOOT CAMP, INC.,<br><br>　　　　　Defendant. | Case No. 2:14-cv-02606-ODW(AGRx)<br><br>**ORDER TO SHOW CAUSE RE. SETTLEMENT** |

　　　The Court is in receipt of the parties' Notice of Settlement.  (ECF No. 15.)  The Court **VACATES** all outstanding dates in this action and **ORDERS** the parties to **SHOW CAUSE** in writing **no later than Monday, August 18, 2014**, why they have not finalized settlement.  No hearing will be held.  The Court will discharge this Order upon the filing of an appropriate dismissal.

　　　**IT IS SO ORDERED.**

　　　June 18, 2014

　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　**OTIS D. WRIGHT, II**
　　　　　　　　　　　　　　**UNITED STATES DISTRICT JUDGE**